# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **JAYCO, INC.,**<br><br>    Plaintiff,<br><br>v.<br><br>**NATIONAL INDOOR RV CENTERS, LLC; NIRVC-AZ, LLC; and NATIONAL INDOOR RV CENTERS-GA, LLC,**<br><br>    Defendants. | **Civil Action No. 4:18-cv-256** |

## JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

Plaintiff Jayco, Inc. ("Plaintiff") and Defendants National Indoor RV Centers, LLC, NIRVC-AZ, LLC, and National Indoor RV Centers-GA, LLC (collectively, "Defendants") hereby submit this joint stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Plaintiff and Defendants hereby stipulate to the dismissal of all claims in this action, with prejudice. Plaintiff and Defendants stipulate that each party shall bear its own costs arising from or incurred in connection with this matter.

**IT IS SO STIPULATED.**

Dated: August 21, 2018

        Respectfully submitted,

        /s/ *Geoffrey S. Harper*
        Geoffrey S. Harper
        Texas State Bar No. 00795408
        gharper@winston.com
        M. Brett Johnson
        Texas State Bar No. 00790975
        mbjohnson@winston.com
        Andrew Buttaro
        Texas State Bar No. 24092207
        abuttaro@winston.com
        2501 N. Harwood, 17th Floor
        Dallas, Texas 75201
        Telephone:   (214) 453-6500
        Facsimile:    (214) 453-6400

        **ATTORNEYS FOR PLAINTIFF**

        **/s/ *Craig F. Simon***
        Alan S. Loewinsohn
        Texas State Bar No. 12481600
        Craig F. Simon
        Texas State Bar No. 00784968
        craigs@lfdslaw.com
        Wilson E. Wray
        Texas State Bar No. 00797700
        wilsonw@lfdslaw.com
        **LOEWINSOHN FLEGLE DEARY SIMON LLP**
        12377 Merit Drive, Suite 900
        Dallas, Texas 75251
        Telephone:  (214) 572-1700
        Facsimile:   (214) 572-1717

        **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I hereby certify that on August 21, 2018, the foregoing document was filed with the clerk of the court for the U.S. District Court, Eastern District of Texas, via its Electronic Case Filing system, which provides electronic notification of this filing to all counsel of record appearing in this action.

      /s/ *Wilson E. Wray*
      Wilson E. Wray