# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **JAYCO, INC.,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**NATIONAL INDOOR RV CENTERS, LLC; NIRVC-AZ, LLC; and NATIONAL INDOOR RV CENTERS-GA, LLC,**<br><br>    **Defendants.** | **Civil Action No. 4:18-cv-256** |

## ORDER ON JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

Before the court is the Plaintiff's and Defendants' Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) [Dkt. #16]. Having reviewed the Joint Stipulation and the proposed order submitted by the parties, the court finds that the stipulation should be approved.

It is therefore ORDERED that this case is hereby DISMISSED with prejudice. It is further ORDERED that all parties shall bear their own costs.

**SIGNED this the 18th day of September, 2018.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE